Name:     Rymir Satterthwaite

Address: 3650 N. Marvine

Philadelphia, PA 19140

Phone Number:

Email Address:   rymirhere@gmail.com

Pro Se

EDSS
**FILED**
CLERK, U.S. DISTRICT COURT

5/6/25

CENTRAL DISTRICT OF CALIFORNIA
BY:  CS          DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Rymir Satterthwaite | CASE NUMBER |
|---|---|
| | **CV25-4251-PA(PVC)** |
| PLAINTIFF(S)<br>v. | |
| Shawn Corey Carter | **APPLICATION FOR PERMISSION<br>FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☒ Plaintiff  ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  5-6-25                                      Signature:  _Rymir Satterthwaite_

CV-005 (02/20)              APPLICATION FOR PERMISSION FOR ELECTRONIC FILING