AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-04251

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CLERK, U.S. DISTRICT COURT
05/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   GSA   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

This summons for *(name of individual and title, if any)* Shawn Corey Carter

was received by me on *(date)* 05/19/2025

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mailed via USPS
9505 5161 3921 5139 5948 50
9505 5161 3921 5139 5948 74

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05/19/2025

Server's signature

Janet Brown
*Printed name and title*

5355 Pulaski
Philadelphia Pa 19144

*Server's address*

Additional information regarding attempted service, etc:
Summons + Complaint of
Rymir Satterthwaite

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9505516139215139594850

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 9:55 am on May 23, 2025 in MALIBU, CA 90265.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
MALIBU, CA 90265
May 23, 2025, 9:55 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9505516139215139594850%2C

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9505516139215139594874

Remove ✕

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered in or at the mailbox at 10:32 am on May 27, 2025 in MALIBU, CA 90265.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**

MALIBU, CA 90265
May 27, 2025, 10:32 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                                                  ⌄

**USPS Tracking Plus®**                                                                                                   ⌄

**Product Information**                                                                                                   ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**