# DECLARATION OF ATTEMPTED SERVICE



FILED
CLERK, U.S. DISTRICT COURT
06/02/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  GSA  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

I provide Para legal services to *pro se* persons such as Rymir Satterthwatie case no. 2:25-cv-04251. I am not a party to this case.

I certify that on the **24th day of May, 2025**, I served a Summons and Complaint via the Green certified receipt USPS priority mail to Defendant Shawn Corey Carter who **Refused** the package on May 27, 2025 according to the USPS online system. **(See Attached A & B)** This timeline is being provided for information purposes only. The defendant has already been successfully served which has been filed with this court.

Respectfully submitted,

By: _____
Janet Brown 5355 Pulaski Ave. Philadelphia, Pa 19144

USPS Certified(green slip) Mail Number: **9589 0710 5270 2998 8394 92**

**Attached A – Attempted Proof of Service**
**Attached B – USPS Tracking**

Civil Action No. 2:25-cv04251

Rymir

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shawn Corey Carter
was received by me on *(date)* 05/24/2025

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mailed Certified Mail Per Court's Direction

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05/23/2025

*Server's signature*

Janet Brown
*Printed name and title*

5355 Pulaski Ave
Philadelphia, Pa 19144

*Server's address*

Additional information regarding attempted service, etc:

9589 0710 5270 2998 8394 92
Complant + Summons

# USPS Tracking®

B

FAQs >

**Tracking Number:**

## 9589071052702998839492

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was refused by the addressee at 10:34 am on May 27, 2025 in MALIBU, CA 90265 and is being returned to the sender.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

**Alert** ←
**Refused**
MALIBU, CA 90265
May 27, 2025, 10:34 am

**Arrived at Post Office**
MALIBU, CA 90265
May 27, 2025, 9:25 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**