```
FILED
CLERK, U.S. DISTRICT COURT
6/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

June 12, 2025

Re: Clarify USPS for Rymir Satterthwaite

To: District Court Central California,

I provide Para legal services to pro se person such as Rymir Sattertherwaite case no. 2:25-cv-04251. I am not a party to this case.

I am writing to clarify a Proof of Service already submitted document #7 regarding a priority mail USPS for Rymir Sattertwatie. This tracking number for Rymir was **9505 5161 3921 5139 5948 74** – see attached.

In addition, for entry #9 regarding a first page of the Proof of Service was the summons page docket #2.

I certify that the information regarding the above information true and correct.

Respectfully Submitted

*[signature]*

Janet Brown

5355 Pulaski Ave.

Philadelphia, Pa 19144

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9505516139215139594874

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered in or at the mailbox at 10:32 am on May 27, 2025 in MALIBU, CA 90265.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox

MALIBU, CA 90265
May 27, 2025, 10:32 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**