**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rymir Satterthwaite,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Shawn Corey Carter,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:25-cv-04251-FLA (SSCx)<br><br>ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by     Plaintiff

Rymir Satterthwaite     is hereby:

[✓] GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: June 23, 2025

_[signature]_
United States District/~~Magistrate Judge~~

[ ] DENIED
*Comments:*



Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING