# EXHIBIT B

04/11/2011  14:02    2156869191                    CUST_SERV                              PAGE  04/04

CASE ID. 0C1001054 ORDER DATE: 16TH JULY, 2010



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FAMILY COURT DIVISION

WANDA SATTERTHWAITE
PLAINTIFF

    VS.                                CASE ID. 0C1001054

SHAWN C. CARTER
DEFENDANT

### ORDER

AND NOW, THIS 16TH DAY OF JULY, 2010, UPON CONSIDERATION OF THE MATTER BEFORE THIS COURT, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

MOTION FOR GENETIC TESTING FILED BY MOTHER IS DENIED. THERE WAS NO SERVICE ON SHAWN CARTER, WHO DID NOT APPEAR. AS A MATTER OF LAW, THE MOTION MUST BE DENIED BECAUSE MOTHER CANNOT WAIT SEVENTEEN YEARS TO NAME A SECOND PERSON AS THE FATHER OF HER CHILD WHEN SHE IDENTIFIED ANOTHER PERSON AS THE FATHER SIXTEEN YEARS AGO AND NEVER ATTEMPTED TO RECANT THAT IDENTIFICATION UNTIL NOW.

BY THE COURT:

_____
HONORABLE DORIS PECHKUROW J.

OR817 \ REV 9/05
PC241696

Page 1 of 1

Exhibit B