# EXHIBIT C

CASE ID. 0C1001054 ORDER DATE: 19TH MAY, 2011



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FAMILY COURT DIVISION

WANDA SATTERTHWAITE
PETITIONER

vs.

CASE ID. 0C1001054

SHAWN C. CARTER
RESPONDENT

ORDER

AND NOW, THIS 19TH DAY OF MAY, 2011, IT IS HEREBY ORDERED AS FOLLOWS:

MOTHER'S PETITION FOR PATERNITY TESTING FILED MARCH 28, 2011 IS DISMISSED WITHOUT A HEARING. THE HEARING SCHEDULED FOR JULY 6, 2011 IS CANCELLED. MATTER IS RES JUDICATA. A FINAL ORDER WAS ENTERED JULY 16, 2010 ON THIS MATTER, AND MOTHER DID NOT APPEAL SAID ORDER.

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

MAY 19 2011
FIRST JUDICIAL DISTRICT OF PA
USER I.D.:

BY THE COURT:

_____
HONORABLE DORIS PECHKUROW J.

CR622 II REV 9/05
JN485363

Page 1 of 1

EXHIBIT C