# EXHIBIT E

Sep. 17. 2013 8:21AM                                                               No. 1556   P. 2

**CERTIFIED TO BE A TRUE COPY**

PREPARED BY THE COURT:

| | |
|---|---|
| Plaintiff, <br> RYMIR SATTERTHWAITE and WANDA SATTERTHWAITE, <br><br> VS. <br><br> Defendant, <br> SHAWN COREY CARTER. | : SUPERIOR COURT OF NEW JERSEY <br> : CHANCERY DIVISION-FAMILY PART <br> : CAMDEN COUNTY <br> : <br> : DOCKET NO. FD-04-186-14 <br> : <br> : <br> : CIVIL ACTION <br> : <br> : ORDER |

This matter having come before the Court on August 30, 2013 on Motion filed by the Plaintiff, Rymir Satterthwaite, Pro Se and the Defendant Shawn Corey Carter having filed a Cross Motion and limited appearance for the purpose of challenging jurisdiction in this matter and the Court having considered the moving papers of the parties and oral argument on the return date of the Motion and Cross Motion and for good cause shown;

IT IS on this 11th day of SEPTEMBER, 2013, ORDERED as follows:

1) Plaintiff's Motion to require Defendant Shawn Corey Carter to submit to genetic testing to determine the paternity in this matter is denied.

2) The Cross Motion of the Defendant Shawn Corey Carter dismissing the Plaintiff's Complaint to establish paternity and compel a genetic test is granted.

3) The Court determines that the matter has been previously decided in Philadelphia County, Pennsylvania.

4) The Plaintiff Wanda Satterthwaite had previously filed a support action in Pennsylvania against Mr. Graves believing that he was the father of the

1

EXHIBIT E - Page 1

Plaintiff Rymir Satterthwaite. A Support Order was entered against Mr. Graves.

5) In June of 2010, Ms. Satterthwaite filed a Motion in Philadelphia County for a genetic test of Shawn Corey Carter.

6) Ms. Satterthwaite's Motion was denied as *res judicata* by Order of July 16, 2010.

7) March 28, 2011, Wanda Satterthwaite and Rymir Satterthwaite filed another petition in Philadelphia County for a genetic test.

8) May 19, 2011, that petition was dismissed as *res judicata* making reference to the Order of July 16, 2010.

9) April 27, 2012, Wanda Satterthwaite filed a petition to vacate the two prior Orders of the Court.

10) June 14, 2012, the Court of Philadelphia County granted her request and vacated the two prior Orders which had determined that the paternity issue is *res judicata*.

11) Shawn Corey Carter appeaed that decision and an Order of April 23, 2013 of the Superior Court of Pennsylvania reversed the June 14, 2012 Order stating that the trial Court inappropriately vacated the prior two Orders. This Order of April 23, 2013 effectively reestablishes the two prior Court Orders declaring the denial of the paternity test as *res judicata*.

12) This Court determines the prior two Orders denying the genetic test remain in full force and effect as they are the last standing Orders in the Commonwealth of Pennsylvania.

13) The action in Philadelphia County involves the same parties, the same issues and must be afforded full faith and credit by the State of New Jersey. The Court cannot permit the parties to forum shop until finding a result that is satisfactory to them.

14) The "caretaker" Lillie Coley filed a petition for paternity against Defendant Carter in Atlantic County, in the State of New Jersey and that was denied, stating that Pennsylvania has jurisdiction in the matter. If the determination was made in Atlantic County that Pennsylvania retained jurisdiction of this matter, this county has no reason to contradict the decision made in Atlantic County.

NAN S. FAMULAR, J.S.C.

3