# EXHIBIT G



# New Jersey Courts
Independence · Integrity · Fairness · Quality Service

Camden Vicinage

## DEBORAH SILVERMAN KATZ
### Assignment Judge

Hall of Justice • 101 S. Fifth Street • Suite 670 *Camden, NJ 08103              njcourts.gov • Tel: 856.650.9100 x 43960

**CONFIDENTIAL**

January 19, 2022

Lillie Coley                                              Rymir Satterthwaite
9 Patriot Walk                                            3650 North Marvine Street
Egg Harbor Township, NJ 08234                             Philadelphia, PA 19140

Lillie Coley                                              Wanda Satterthwaite
630 Erial Road                                            C/O Marlene Santiago
Blackwood, NJ 08012                                       3650 North Marvine Street
                                                          Philadelphia, PA 19140

Lise Fisher, Esquire                                      Kenneth Winters, Esquire
200 Haddonfield-Berlin Road, Suite 200                    Jardim Meisner & Susser, P.C.
Gibbsboro, NJ 08026                                       30B Vreeland Road, Suite 100
                                                          Florham Park, NJ 07932

**Re: L-4749-14 In the Matter of Lillie Coley, Rymir Satterthwaite and Wanda Satterthwaite**

Dear Ms. Coley, Ms. Satterthwaite, Mr. Satterthwaite and counsel:

Enclosed please find a true copy of my final order from the Order to Show Cause hearing I conducted on Thursday, January 13, 2022.   This order details my decision from that hearing, therefore, please retain this copy for your records.

Very truly yours,

Deborah Silverman Katz, A.J.S.C.

Lillie Coley Matter – 1/13/22 Order
Page 1 of 2




ENSURING
AN OPEN DOOR TO
JUSTICE



**EXHIBIT G - Page 1**

DSK/gm
Enclosure
cc:     All Assignment Judges, Superior Court of New Jersey (via email)
         All Presiding Judges, Superior Court of New Jersey (via email)
         All Trial Court Administrators, Superior Court of New Jersey (via email)
         All Division Managers, Superior Court of New Jersey (via email)



ENSURING
AN OPEN DOOR TO
JUSTICE



**EXHIBIT G - Page 2**

TRUE COPY
SUPERIOR COURT OF NEW JERSEY

**ORDER PREPARED BY THE COURT**

LILLIE COLEY,

*Plaintiff,*

v.

LISE FISHER, et al.

*Defendants.*

SUPERIOR COURT OF NEW JERSEY
CAMDEN COUNTY
LAW DIVISION

DOCKET NO: CAM-L-4749-14

*Civil Action*

**INJUNCTION ORDER**

**THIS MATTER** having been brought before the Court by way of its sua sponte Order to Show Cause against Plaintiffs, Lillie Coley, Rymir Satterthwaite, and Wanda Satterthwaite; and the Court having scheduled a hearing to show cause on January 13, 2022, for which Plaintiffs failed to appear despite being properly served, and for which Defendant, Lise Fisher, Esq., and Defendant's Counsel, Kenneth Winters, Esq., appeared; and the Court having found that Plaintiffs have filed, and continue to file, numerous frivolous and vexatious Applications with this Court and other courts throughout the State of New Jersey, and that traditional sanctions have failed to deter Plaintiffs; and pursuant to <u>Rosenblum v. Borough of Closter</u>, 333 N.J. Super. 385 (App. Div. 2000); and for the reasons set forth on the record of the January 13, 2022, Order to Show Cause; and for good cause shown;

**IT IS** on this 13th day of January, 2022:

1.     **ORDERED** that Plaintiffs are enjoined from filing any action in a New Jersey State Court absent a review and determination by this Court that the action is pled in a manner that seeks proper legal relief; and

2.    **IT IS FURTHER ORDERED** that if this Order is appealed, the transcript from this proceeding, and the entire record in New Jersey of the Family Division and Civil Division matters must be attached to the appeal; and

3.    **IT IS FURTHER ORDERED** that the pending November 30, 2021, Applications received by Plaintiffs are denied as being without legal merit; and

4.    **IT IS FURTHER ORDERED** that a copy of this Order shall be sent to the Assignment Judges and Division Managers in every Vicinage in the State of New Jersey; and

5.    **IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date of this Order.

BY THE COURT:

DATED: January 13, 2022

Deborah Silverman Katz, A.J.S.C.