# United States District Court
## Central District of California

RYMIR SATTERTHWAITE, pro se

**Plaintiff**

vs.

Shawn Corey Carter

**Defendant**

FILED
CLERK, U.S. DISTRICT COURT
07/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   GSA   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Docket No: 2:25:cv-04251
**JURY DEMAND(12)**

## NOTICE OF WITHDRAWAL for
## Rymir Satterthwaite

TO: Clerk of the Court United States and Federal Judge Percy Anderson and Judge Sherilyn Peace Garnett -350 W 1st Street, Suite 4311. Los Angeles, CA 90012-4565

Shawn Corey Carter
27712 Pacific Coast Highway, Malibu, California 90265

**PLEASE TAKE NOTICE,** To Clerk of the Court United States – Plaintiff Rymir Satterthwaite Pro Se submits this Notice of WITHDRAWAL from the above complaint as a party to the action. The defendants have not filed an answer to the above complaint. I certify that the foregoing statements are true in the Notice of Withdrawal and any willfully false statements, I am subject to punishment.

Sincerely,

_Rymir Satterthwaite_

Rymir Satterthwaite

_Rymir Satterthwaite_

Rymir Satterthwaite

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I served a true and correct copy of the foregoing Withdrawal of Notice of my Complaint on the following party by electronic court system and U.S. Postal Mail.

Shawn C. Carter
27712 Pacific Coast Highway
Malibu, California 90265

Attorneys in Record

Lillie Coley

Date: July 18, 2025


*Rymir Satterthwaite*
Rymir Satterthwaite
3650 N. Marvine St.
Philadelphia, PA 19140
Plaintiff *In Pro Per*