UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 25-04251-SPG-MAR | Date: July 31, 2025 |

Title: Rymir Satterthwaite v. Shawn Corey Carter

Present: The Honorable  SHERILYN PEACE GARNETT, United States District Judge

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

**Proceedings:**   (IN CHAMBERS) ORDER

The Court is in receipt of the Notice of Withdrawal (ECF No. 25) filed by Plaintiff. According to the Notice of Withdrawal, Plaintiff is withdrawing his complaint. Given the Notice of Withdrawal, the Court hereby DENIES the Motion to Dismiss for Lack of Jurisdiction (ECF No. 22) as moot and vacates the hearing. In Defendant's Response in Support of the Motion to Dismiss for Lack of Jurisdiction, he requests that the Court award him fees and costs without providing any factual or legal support for the request. The Court therefore denies the request without prejudice to Defendant properly filing a motion for attorneys' fees within thirty (30) days. If Defendant does not file a motion for attorneys' fees within 30 days, the Court will close the case without further notice to the parties.